STATE of Missouri, Respondent,

v.

Arthur V. LEE, Appellant.

No. 66070.

Missouri Court of Appeals,
Eastern District,
Division One.

May 16, 1995.

Daniel P. Reardon Jr., Henry B. Robertson, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Arthur V. Lee, appeals from a jury-trial conviction in the Circuit Court of the County of St. Louis of two counts of sale of a controlled substance, in violation of RSMo § 195.020 (1986), for which appellant was sentenced to concurrent twelve-year terms of imprisonment. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is not clearly erroneous. As we further find no jurisprudential purpose would be served by a written opinion, we

affirm the circuit court's order pursuant to Rule 30.25(b).